**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Herbert Jalowsky, M.D., an individual, | ) | No. CV 18-279-TUC-CKJ (LAB) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Provident Life and Accident Insurance Co., a Tennessee corporation; Unum Group, a Delaware corporation, | ) | |
| Defendants. | ) | |

Pending before the court is the defendants' motion, filed on August 13, 2020, for leave to file a reply in support of its motion to seal previously filed on July 28, 2020.  (Doc. 403)  The plaintiff did not file a timely response.  Good cause appearing and the plaintiff not responding,

IT IS ORDERED that defendants' motion, filed on August 13, 2020 is GRANTED. (Doc. 403);  see LRCiv 7.2(i)  The defendants shall have until September 19, 2020 to file their Reply in support of the Motion to Seal.

DATED this 8th day of September, 2020.

_Leslie A. Bowman_

Leslie A. Bowman
United States Magistrate Judge