**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Herbert Jalowsky, M.D., an individual, | No. CV 18-279-TUC-CKJ (LAB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Provident Life and Accident Insurance Co., a Tennessee corporation; Unum Group, a Delaware corporation, | |
| Defendants. | |

    Pending before the court is the plaintiff's motion, filed on August 10, 2020, for leave to file documents under seal. (Doc. 397) It appears that the defendants do not oppose the motion. *Id.*

    IT IS ORDERED that the plaintiff's motion, filed on August 10, 2020, is GRANTED. (Doc. 397). The Clerk is instructed to file under seal the exhibits lodged at Doc. 398.

    DATED this 9th day of September, 2020.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge