**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Herbert Jalowsky, M.D., an individual,   ) | No. CV 18-279-TUC-CKJ (LAB) |
|                                  ) | |
|         Plaintiff,               ) | **ORDER** |
|                                  ) | |
| vs.                              ) | |
|                                  ) | |
| Provident Life and Accident Insurance ) | |
| Co., a Tennessee corporation; Unum ) | |
| Group, a Delaware corporation,   ) | |
|                                  ) | |
|         Defendants.              ) | |
|                                  ) | |
| _____ ) | |

Pending before the court is the plaintiff's motion, filed on August 24, 2020, that the court grant leave to file an objection to the defendants' reply in support of their motion for partial summary judgment regarding exhibit C and related arguments or, in the alternative, to consider the motion and attached exhibit as his objection on the issue of claim expert Mary Fuller's testimony. (Doc. 413) The defendants filed a response on September 18, 2020. (Doc. 417) They do not oppose the motion. *Id.* Accordingly,

IT IS ORDERED that the plaintiff's motion, filed on August 24, 2020, is GRANTED in PART. (Doc. 413) The court will consider the argument and exhibit contained in the plaintiff's motion filed on August 24, 2020.

DATED this 30th day of September, 2020.

_Leslie A. Bowman_
Leslie A. Bowman
United States Magistrate Judge